UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/23/2022
```

---

TWO HUNDRED TWENTY NINE, LLC,

                    Plaintiff,

          v.

UNITED STATES LIABILITY
INSURANCE COMPANY,

                    Defendant.

---

No.  21-CV-5895 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Due to a scheduling conflict, the post-fact discovery conference previously scheduled for March 4, 2022 is hereby rescheduled to March 3, 2022 at 3:30 p.m.  The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:      February 23, 2022
            New York, New York

_____
Ronnie Abrams
United States District Judge